Grace Moore GRAVES, Elaine Farren, Eleanor Abbott, and Manvel Moore, Plaintiffs and Appellants,

v.

No. 8240.

Supreme Court of North Dakota.

Nov. 29, 1965.

Letnes, Murray & Quigley, Grand Forks, for appellants.

Stokes, Vaaler, Gillig & Warcup, Grand Forks, for respondent First National Bank in Grand Forks.

Shaft, Benson, Shaft & McConn, Grand Forks, for respondent The Methodist Church of Hoople.

ERICKSTAD, Judge.

As the rights of the parties herein were determined in Graves v. First Nat'l Bank, 138 N.W.2d 584, (Case No. 8239 in this court), decided the 29th day of November, 1965, the judgment of the district court dismissing this action is affirmed.

BURKE, C. J., and TEIGEN, STRUTZ, and KNUDSON, JJ., concur.